IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY JAMES REDMOND,

                                                            ORDER

                        Plaintiff.

                                                      09-cv-87-vis

        v.

DAWN LANDERS, JANET WALSH,
MARTHA BREEN, RYAN TOBIASZ
and MIKE VANDENBROOK,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff Rodney Redmond is proceeding on his claims that defendants Dawn Landers, Janet Walsh, Martha Breen, Ryan Tobiasz and Mike Vandenbrook failed to provide him with adequate mental health treatment in violation of the Eighth Amendment.  On July 2, 2009, I granted plaintiff's motion for appointment of counsel and stayed the case pending the appointment.

       Jeffrey A. Simmons, a member of the Wisconsin Bar, has agreed to represent plaintiff, with the understanding that he will serve with no guarantee of compensation for his services. It is this court's intention that the appointment of this attorney to represent plaintiff extend

1

to proceedings in this court only.[1]

Also, I must stress that because I am appointing counsel to represent plaintiff, he may no longer communicate directly with the court about matters pertaining to his case. He must work directly with his lawyer and permit him to exercise his professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.

ORDER

IT IS ORDERED that Jeffrey A. Simmons is appointed to represent plaintiff in this case.

Further, IT IS ORDERED that all proceedings in this case are STAYED pending a status conference to be held before United States Magistrate Judge Stephen Crocker, at which time a new schedule will be set for moving this case to resolution.

Entered this 22nd day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.